1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VANESSA DUXANE VALDIGLESIAS-
LAVALLE,

Petitioner,

v.

CHARLOTTE HEADLEY,

Respondent.

CASE NO. 2:24-cv-02114-DGE-DWC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record de novo, and no objections having been made, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed without prejudice in accordance with Rule 4 of the Rules Governing § 2254 cases.

(3)    Petitioner's second motion to appoint counsel (Dkt. 15) is denied as moot, and a certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 13th day of May, 2025.

_____
DAVID G. ESTUDILLO
United States District Judge